IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROY JOSHLIN                                                                                    PETITIONER

v.                                    NO. 3:23-cv-00039-DPM-PSH

DEXTER PAYNE                                                                              RESPONDENT

## ORDER

Petitioner Roy Joshlin ("Joshlin") began this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254, a petition he later amended. Respondent Dexter Payne ("Payne") has now filed a response to the amended petition. In the response, Payne maintains that the amended petition should be dismissed because Joshlin's claims are inexcusably procedurally defaulted and are otherwise without merit. Before giving serious consideration to Payne's assertions, the Court accords Joshlin an opportunity to file a reply. In the reply, Joshlin should explain why his amended petition should not be dismissed for the reasons advanced by Payne. Joshlin is given up to, and including, May 25, 2023, to file a reply.

IT IS SO ORDERED this 24th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE