IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROY JOSHLIN
ADC #180906                                                                          PETITIONER

v.                              No. 3:23-cv-39-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                      RESPONDENT

### ORDER

Unopposed recommendation, *Doc. 12*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Joshlin's amended § 2254 petition, *Doc. 4*, will be dismissed without prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 August 2023