## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ROY JOSHLIN**                                                                          **PETITIONER**
**ADC #180906**

v.                                    No. 3:23-cv-39-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                               **RESPONDENT**

### JUDGMENT

Joshlin's § 2254 petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 August 2023